In re Ormond, James; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial *893 District Court Div. F, No. 95-6288; to the Court of Appeal, Fifth Circuit, No. 07-KH-524.
Denied, time-barred, not cognizable, and repetitive. La.C.Cr.P. art. 980.8; State ex rel. Glover v. State, 93-2380 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La. C.CrJP. art. 930.4(D).